AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

District of _____                    2006 APR 17 A 10: 11

                                    APPLICATION TO PROCEED
Plaintiff                           WITHOUT PREPAYMENT OF
                                    FEES AND AFFIDAVIT
V.

                                    CASE NUMBER: 1:06cv347-MEF
Defendant

I, **Jason J. McDonnell** _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Houston County Jail**

   Are you employed at the institution? **No**  Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **3/7/06  $10.00 hr  Danny Brady, Brady Construction Dothan AL.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$350.00 for weekly wage.

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.  ⌀

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Zenobia Abbott       Girlfriend
   Acacia Abbott        childs father
   Navea McDonnell      childs father

I declare under penalty of perjury that the above information is true and correct.

04-11-06
Date

*(signature)* Alice Beverly Reynolds

*(signature)* Jason McDonnell
Signature of Applicant

My Commission
Expires 02-02-2010

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                       HOUSTON COUNTY JAIL
              ===============================================
                         Resident Account Summary
                    Thursday, April 13, 2006  @07:29
              ===============================================
For CIN: 56297     MCDONNELL, JASON JOSEPH
--------------------------------------------------------------------------------
   Date     Transaction Description            Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
04/10/2006 EPR         OID:100034709-ComisaryPur  -25.70     0.18    0.00    0.00
04/04/2006 EPR         OID:100034604-ComisaryPur  -45.20    25.88    0.00    0.00
03/28/2006 EPR         OID:100034359-ComisaryPur  -47.92    71.08    0.00    0.00
03/27/2006 DEPCASH     SELF INCOMING             119.00   119.00    0.00    0.00
03/27/2006 DEPCASH     INITIAL DEPOSIT - REINSTA   0.00     0.00    0.00    0.00
09/05/2004 DEPCASH     INITIAL DEPOSIT             0.00     0.00    0.00    0.00
```

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 APR 17 A 10: 14

Jason J. Mcbonnell
#56297
_____
_____
Plaintiff(s)

v.

Comm. McCarthy
Sgt. Davis
_____
_____
Defendant(s)

1:06cv347-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Jason McDonnell #56297__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature