**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Houston Co. Jail
901 East Main Street
Dothan AL 36301
Attn: Jail Commander McCarthy
*and ...*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ellen Harris*  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   Ellen Harris   C. Date of Delivery  4/20/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0003 5811 1789

PS Form 3811, February 2004   Domestic Return Receipt   06-347   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Houston County Jail
901 East Main Street
Dothan AL 36301
Sgt Davis   *and ...*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ellen Harris*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   Ellen Harris   C. Date of Delivery  4/20/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0003 5811 1802

PS Form 3811, February 2004   Domestic Return Receipt   06-347   102595-02-M-1540