IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JASON J. McDONNELL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION NO.: 1:06-cv-347-MEF** |
| **JAIL COMMANDER McCARTY, et al.,** | ) ) ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Jail Commander William B. McCarty and Sergeant Sondra Davis.

Dated this 2nd day of May, 2006.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Jason J. McDonnell, #56297, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 2nd day of May, 2006.

                                                **s/Gary C. Sherrer**
                                                OF COUNSEL