```
ACRO372            ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2004 001880.00
OPER: RHM                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL                RUN DATE: 12/15/2004
```

IN THE CIRCUIT COURT OF  HOUSTON                                        JUDGE: DLB

STATE  OF  ALABAMA                    VS        MCDONNELL JASON JOSEPH
                                                146 VINE LANE
CASE: CC 2004 001880.00
                                                HARTFORD, AL  36344 0000

DOB: 11/27/1976        SEX: M  RACE: W  HT: 6 02  WT: 220    HR: BRO EYES: HZL
SSN: 085060910  ALIAS NAMES:

CHARGE01: LEAVING SCENE ACC W/ CODE01: LSAI  LIT: LEAVING SCENE  TYP: F #: 001
OFFENSE DATE: 07/03/2004              AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/23/2004
DATE    INDICTED: 12/03/2004         DATE    FILED: 12/15/2004
DATE   RELEASED: 08/24/2004          DATE  HEARING:
BOND      AMOUNT:      $1,000.00 S        SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005  DESC: ARRG          TIME: 0900 A
DATE 2: 03/07/2005  DESC: JTRL          TIME: 0830 A

TRACKING NOS: DC 2004 002589 00  / WR 2004 012207 00  /

   DEF/ATY: MCGHEE BILLY SHAUN        TYPE: C                        TYPE:
            P O BOX 1225
            211 W MAIN ST,SUITE 2
            DOTHAN      AL 36302                        00000

PROSECUTOR: VALESKA DOUGLAS A

*3-23-06 Arrested on A.W*

OTH CSE: DC200400258900 CHK/TICKET NO: 38-04-0158        GRAND JURY: 308-10
COURT REPORTER: ------------- SID NO:    000000000
DEF STATUS: BOND              DEMAND:                          OPER: RHM

DATE        ACTIONS, JUDGEMENTS,  AND  NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1-5-05 | **WAIVER OF ARRAIGNMENT** RECIPROCAL DISCOVERY ORDER 1-5 20 05 Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will likewise at defense counsel's office. _Denny Holberg_ CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear, Conditional forfeiture and alias ordered issued. Bond set @ $5,000. Adt'l. _Denny Holberg, Judge_ |
| 3-14-06 | N: DA, S. McGhee |
| 3-23-06 | Deft arrested on AW; JTRL tentatively set for 5/3/06 @ 8:30 AM N: DA ; S. McGhee ; Deft ; Jail |

**EXHIBIT B**

## INDICTMENT

The State of Alabama

Houston County

}

### CIRCUIT COURT
### TWENTIETH JUDICIAL
**OCTOBER TERM, 2004**

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, JASON JOSEPH MCDONNELL, whose name is otherwise unknown to the Grand Jury, the driver of a vehicle involved in an accident resulting in injury to BERT LEE ETHRIDGE did not immediately stop such vehicle at the scene of such accident and did not render to the said BERT LEE ETHRIDGE reasonable assistance and did not give his name and address and the registration number of his vehicle in violation of Section 32-10-1 and Section 32-10-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Douglas Albert Valeska
District Attorney

---

THE STATE OF ALABAMA
Houston County

THE CIRCUIT COURT
Twentieth Judicial Circuit

THE STATE
vs.
JASON JOSEPH MCDONNELL

Witnesses for Agency No. 38-04-0158

JAMES BARNWELL, AST, DOTHAN, AL  36303
MARTY JAMES, PROVIDENCE LANE, DALEVILLE, AL  36322
HAROLD LEE KNOEBEL, COUNTRY CIRCLE, DALEVILLE, AL  36322
GLADYS MCDONALD, 422 COUNTRY CIRCLE, DALEVILLE, AL  36322
KEVIN ROYALS, C/O GREEN ACRES TRAILER PARK, DALEVILLE, AL  36322
JACKIE UPTON, C/O GREEN ACRES TRL PARK 86 TRANQUILITY LN., DALEVILLE, AL  36322

---

Charges: 1. LEAVING SCENE OF ACCIDENT PHYSICAL INJURY OR DEATH

#308

## A TRUE BILL

_____
Foreman of the Grand Jury

Presented to the presiding Judge in open court foreman of the Grand Jury, in the presence of _____15_____ Grand Jurors and filed in open court by order of the court on this the _3 rd_ day of _Dec._, 20, _04_.

_____
CLERK

## INDICTMENT

NO PROSECUTOR

Upon the arrest of Defendant let him be admitted to bail on giving bond in the sum of

_____ $1,000 _____ Dollars

With security to be approved by the Sheriff.

_____
Judge Presiding

ACR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    HOUSTON COUNTY

**124269**

ALIAS WARRANT

JID: DENNY L. HOLLOWAY

CC 2004 001880.00

THE STATE OF ALABAMA      VS MCDONNELL JASON JOSEPH

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: LEAVING SCENE ACC W/INJU - FELONY

WITNESS MY HAND THIS      MARCH 14, 2006.

BOND SET AT:      $5,000.00 -

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:

146 VINE LANE

HARTFORD          , AL 36344 0000

DEFENDANT'S DESCRIPTION:

HT: 602   WT: 220
HAIR: BRO   EYE: HZL
BIRTH DATE: 11/27/1976
RACE: W      SEX: M
SID#: 000000000
SSN#: 085060910

ALIAS:

EMPLOYER: _____   PHONE NO: _____

TICKET NUMBER: 38-04-0158      AGENCY/OFFICER: AST3800/J BARNWE

NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _____      BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF

OFFICER

NCIC

OPERATOR:ROJ
PREPARED:03/14/2006

This warrant may be executed in
Dale County, Alabama

Date: 3-23-06

Circuit Clerk/Magistrate

State of Alabama
Unified Judicial System

Form CR-9    Rev. 3/95

# PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT

**Case Number**

CC-04-1880
& 1881

IN THE ___Circuit___ COURT OF ___Houston___, ALABAMA
*(Circuit, District, or Municipal)*          *(Name of County or Municipality)*

☐ STATE OF ALABAMA v. ___Jason McDonnell___, Defendant

Comes now, the defendant in the above-styled matter, and to the offense charged enters a plea of

☒ Not Guilty
☐ Not Guilty by Reason of Mental Disease or Defect
☐ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him/her and further waives the right to have an arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But, the defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the court, to interpose any defenses, objections, or motions which the defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is ___11/27/76___ Defendant's age is ___28___
The defendant is not eligible for consideration by the court for youthful offender status as provided by law.

___1/5/05___                    _____
Date                            Defendant

___1/5/05___                    _____
Date                            Attorney for Defendant

This is to certify that I am the attorney for the defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the defendant. I further state to the court that I have explained to the defendant his right to be arraigned in person and his right to have me represent him at arraignment. I further certify to the court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him/her by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS/HER CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM/HER THAT IN THE EVENT HE/SHE FAILS TO APPEAR ON THE DATE HIS/HER CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS/HER BOND. I further certify to the court that I have advised my client that he/she is responsible for obtaining the date his/her case is set for trial in this matter and that in the event he/she fails to appear the date his/her case is set for trial all appropriate legal action will be taken by the court against the defendant and his/her bond, and I hereby certify that the defendant knows that he/she is personally responsible for obtaining the date his/her case is set for trial and for being present in court on that date.

___1/5/05___                    _____
Date                            Attorney for Defendant Signature

I certify that I served a copy of the foregoing          ___B Shawn McGhee___
plea and waiver of arraignment on the Prosecutor        Printed or Typed Attorney's Name
by mailing/delivering a copy of the same to him/her on:
                                                         ___P.O. Box 1225 Dothan, AL___
___1/5/05___                                             Address
          Date

This is to certify that my attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the court that I do not wish to be personally present at an arraignment in this case and that I do not want to have an attorney represent me at an arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the court that I have been informed of the charge against me and have received a copy of the charge.

___1/5/05___                    _____
Date                            Defendant Signature

Filed in office this date ___1-5-05___    ___Judy Byrd_____ By_____
                                          Clerk

ACR0368   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

HOUSTON   CIRCUIT   CRIMINAL   CASE: CC 2004 001880.00
FEE SHEET

| CRIMINAL FEE SUMMARY | DATE | DATE | DATE | DATE | STATE OF ALABAMA |
|---|---|---|---|---|---|
| | AMT | AMT | AMT | AMT | VS |
| 1. DOCKET FILING FEE | | | | | MCDONNELL JASON JOSEPH |
| MISDEMEANOR     $146.00 | | | | | 146 VINE LANE |
| DIST FEL PG     $219.00 | | | | | |
| FELONY          $219.00 | | | | | G J #:308-10 JUDGE ID:DLH |
| 2. PREL HEARNG   $30.00 | | | | | D C #:DC 2004 002589.00 |
| 3. SERVICE FEES | | | | | |
| WITNS SUPB EA.($8) | | | | | LEAVING SCENE ACC W/ |
| FORF ($10EA OVER 1) | | | | | |
| SERVICE CHARGE | | | | | |
| 4. BOND FORF.    $84.00 | | | | | |
| 5. PUB LAW LIB TAX$2.00 | | | | | |
| 6. | | | | | |
| 7. LOWER COURT COST | | | | | |
| SUB TOTAL | | | | | |
| 8. FINES | | | | | |
| 9. RESTITUTION | | | | | |
| 10. CRIMINAL HSTRY $30 | | | | | |
| 11. ATTORNEY FEES | | | | | |
| 12. DRUG ABUSE FEE $10 | | | | | |
| 13. CRIME VICTIMS | | | | | |
| TOTAL   COST | | | | | |

| CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DISBURSMENTS/PAID | DATE | CHECK NO | AMT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| WITNESS / NAME | FOR S/D | ISS | EXEC | DATE DUE | |
|---|---|---|---|---|---|
| | | | | ISS | EXEC |
| A-ADVANTAGE BONDI S001 | | | | | |
| JAMES BARNWELL     W001 | | | | | |
| KEVIN ROYALS       W002 | | | | | |
| JACKIE L. UPTON    W003 | | | | | |
| GLADYS MCDONALD    W004 | | | | | |
| MARTY JAMES        W005 | | | | | |
| HAROLD LEE KNOEBE  W006 | | | | | |

```
ACRO372            ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2004 002589.00
OPER: SBH                    CASE ACTION SUMMARY
PAGE:   1                    DISTRICT  CRIMINAL                RUN DATE: 09/08/2004
============================================================================
IN THE DISTRICT COURT OF  HOUSTON                                    JUDGE: DLH

STATE  OF  ALABAMA              VS       MCDONNELL JASON JOSEPH
                                         146 VINE LANE
CASE: DC 2004 002589.00
                                         HARTFORD, AL  36344 0000

DOB: 11/27/1976          SEX: M  RACE: W  HT: 6 02  WT: 220   HR: BRO EYES: HZL
SSN: 085060910  ALIAS NAMES:
============================================================================
CHARGE01: LEAVING SCENE ACC W/ CODE01: LSAI  LIT: LEAVING SCENE  TYP: F #: 001
OFFENSE DATE: 07/03/2004                AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                       DATE ARRESTED: 08/23/2004
DATE    INDICTED:                       DATE    FILED: 08/25/2004
DATE    RELEASED: 08/24/2004            DATE  HEARING:
BOND     AMOUNT:      $1,000.00 S       SURETIES: A-ADVANTAGE BONDING,

DATE 1: 10/22/2004   DESC: STAT         TIME: 0830 A
DATE 2:              DESC:              TIME: 0000

TRACKING NOS: WR 2004 012207 00  /                        /
    DEF/ATY:  Hon. Shaun McGhee    TYPE:                      TYPE:
                          00000          (c)              00000

PROSECUTOR:
============================================================================
OTH CSE: WR200401220700 CHK/TICKET NO: 38-04-0158       GRAND JURY: 308-10
COURT REPORTER:                      SID NO:     000000000
DEF STATUS: BOND                     DEMAND:                    OPER: SBH
============================================================================
DATE        ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 9-8-2004 | Court Appearance date and time for you to appear is October 22, 2004 @ 8:30 a. m. in room 201 at the Houston County Courthouse, 2nd Floor. |
|  | _____ JUDGE |
| 10-20-2004 | Defendant before the Court and advised of his/her rights, Hon. Shaun McGhee is appointed counsel for the Defendant. |
|  | DISTRICT JUDGE |
| 10-20-2004 | Demand of Preliminary Hearing |
| 10-20-2004 | Motion for Order of Discovery |
| 10-21-2004 | Preliminary Hearing is set for the 2nd day of November, 2004 at 8:30 A.M. |
| 10-26-2004 | Motion for Order of Discovery |
| 10-27-04 | Copy of CAS + warrant put in Atty. box |
| 11-15-2004 | Status L. |

```
ACRO368   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

              HOUSTON    DISTRICT  CRIMINAL      CASE: DC 2004 002589.00
                             FEE SHEET
```

| CRIMINAL FEE SUMMARY | DATE | DATE | DATE | DATE | STATE OF ALABAMA |
|---|---|---|---|---|---|
| 1. DOCKET FILING FEE | AMT | AMT | AMT | AMT | VS |
|    MISDEMEANOR    $146.00 | | | | | MCDONNELL JASON JOSEPH |
|    DIST FEL PG    $219.00 | | | | | 146 VINE LANE |
|    FELONY         $219.00 | | | | | |
| 2. PREL HEARNG     $30.00 | | | | | G J #:308-10 JUDGE ID:DLH |
| 3. SERVICE FEES | | | | | D C #:WR 2004 012207.00 |
|    WITNS SUPB EA.($8) | | | | | |
|    FORF ($10EA OVER 1) | | | | | LEAVING SCENE ACC W/ |
|    SERVICE CHARGE | | | | | |
| 4. BOND FORF      $84.00 | | | | | |
| 5. PUB LAW LIB TAX $2.00 | | | | | |
| 6. _____ | | | | | |
|    _____ | | | | | |
|    _____ | | | | | |
|    _____ | | | | | |
| 7. LOWER COURT COST | | | | | |
|    SUB TOTAL | | | | | |
| 8. FINES | | | | | |
| 9. RESTITUTION | | | | | |
| 10.CRIMINAL HSTRY  $30 | | | | | |
| 11.ATTORNEY FEES | | | | | |
| 12.DRUG ABUSE FEE  $10 | | | | | |
| 13.CRIME VICTIMS | | | | | |
|   TOTAL  COST | | | | | |

| CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

| DISBURSEMENTS/PAID | DATE | CHECK NO | AMT PAID |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

|  |  |  |  |  | DATE DUE __/__/__ | |
|---|---|---|---|---|---|---|
| WITNESS / NAME | | FOR S/D | ISS | EXEC | ISS | EXEC |
| JAMES M BARNWELL | W001 | | | | | |
| KEVIN ROYALS | W002 | | | | | |
| JACKIE L. UPTON | W003 | | | | | |
| GLADYS MCDONALD | W004 | | | | | |
| MARTY JAMES | W005 | | | | | |
| HAROLD LEE KNOEBE | W006 | | | | | |
| MELODY KNOEBEL | W007 | | | | | |
| BERT LEE ETHRIDGE | W008 | | | | | |
| BAXTER ETHRIDGE | W009 | | | | | |
| GERALD L GANOUS | W010 | | | | | |

| Unified Judicial System | APPLICATION FOR | Case Number |
| Form CR-37    Rev. 3/77 | **BONDSMAN'S PROCESS** | CC04-1880 |

IN THE _____ **Circuit** _____ COURT OF _____ **Houston** _____, ALABAMA
(Circuit, District, or Municipal)          (Name of Municipality or County)

**☒ STATE OF ALABAMA**          ☐ MUNICIPALITY OF _____

v. _____ **Jason Joseph McConnell** _____, Defendant

TO THE CLERK OF THE ABOVE-NAMED COURT:

WHEREAS, I, the undersigned, as surety on the undertaking of bail of the defendant, desiring to surrender the defendant to the custody of the sheriff or jailer, hereby apply for the issuance of a Bondsman's Process so that the defendant may be arrested by me or another person designated by my endorsement on the process at any place in the State of Alabama

Date of Application   **3-16-06**

**Issued**
**Jc 3/21/06**

_Dale Quattl_
AGENT

A-ADVANTAGE BONDING COMPANY
100 EAST ADAMS STREET
DOTHAN, ALABAMA 36301

**FILED**

MAR 16 2006

_Judy Byrd_
JUDY BYRD, CLERK
HOUSTON CO., AL

| State of Alabama<br>Unified Judicial System | CONSOLIDATED APPEARANCE BOND<br>(District Court, Grand Jury, Circuit Court) | Case Number |
|---|---|---|
| Form CR-10    Rev. 8/98 | | WR 04-12207 |

IN THE ___District___ COURT OF ___Houston___, ALABAMA
(Circuit or District)                 (Name of County)

STATE OF ALABAMA  v.  ___Jason McDonnell___
Defendant

I, ___Jason McDonnell___ (Defendant), as principal,
and I (we), ___A-Advantage Bonding___
(Please print)
___, as surety(ies), agree
to pay the State of Alabama the sum of $ 1,000.00 and such costs as authorized by law unless the above-named defendant appears before the district court of the county on ___HHG___ (date) at ___.M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of ___Crime Scene Accident___
___ or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _____ (L.S.) | |
|---|---|
| Address (print) 146 Vine Lane   City Hartford   State AL   Zip 36344 | |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number         Telephone Number | Social Security Number         Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number         Telephone Number | Social Security Number         Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |

Lamar Glover
Approved by Judge/Magistrate/Sheriff

8-24-04                    ___ Jones
Date                       By Deputy Sheriff

| Defendant's Information | | | | |
|---|---|---|---|---|
| Date of Birth 11-27-76 | Sex M | Height 6'2 | Weight 280 | Employer |
| Social Security Number 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 | Race W | Hair Bro | Eyes HAz | Employer's Address |
| Driver's License Number   State | Telephone Number 598-4122 | | | Employer's Telephone Number |
| | 477-4123 | | | |

☐ Property Bond      ☑ Professional Surety/Bail Company Bond      ☐ Cash Bond

| | | |
|---|---|---|
| STATE OF ALABAMA<br>PLAINTIFF, | ) | IN THE DISTRICT COURT OF<br>HOUSTON COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CRIMINAL DIVISION |
| | ) | |
| JASON J. MCDONNELL<br>DEFENDANT. | ) | DC-04-2589 & 2590 |

## MOTION FOR ORDER OF DISCOVERY

COMES NOW, the Defendant by and through his attorney and moves this Honorable Court to Order that the prosecutor provide the Defendant the below detailed discovery within 14 days after the filing of this request with the court, or within such shorter or longer time as may be ordered by the court, on motion, for good cause shown as required by Rule 16.1, ARCrP. Further, the Defendant moves that the prosecutor be Ordered that if prior to or during trial he discovers additional evidence or decides to use additional evidence, which evidence has been subject to discovery under Rule 16.1, ARCrP, that he promptly notify the Court and the Defendant of the existence of the additional evidence as required by Rule 16.3, ARCrP.

1. STATEMENTS OF DEFENDANT: Permit the Defendant to inspect and to copy any written or recorded statements made by the Defendant to any law enforcement officer, official or employee which are within the possession, custody, or control of the State/County/Municipality, the existence of which is known to the prosecutor. Disclose the substance of any oral statements made by the Defendant, before or after arrest, to any law enforcement officer, official, or employee which the State intends to offer in evidence at trial; and

2. STATEMENTS OF CO-DEFENDANT OR ACCOMPLICE: Permit the Defendant to inspect and to copy any written or recorded statements made by a co-defendant or accomplice to any law enforcement officer, official, or employee, which are within the possession, custody, or control of the State/County/Municipality, the existence of which is known to the prosecutor and which the State intends to offer in evidence at the trial. Disclose the substance of any oral statements made by any such co-defendant or accomplice, before or after arrest, to any law enforcement officer, official, or employee which the State intends to offer in evidence at the trial; and

3. DOCUMENTS AND TANGIBLE OBJECTS: Permit the Defendant to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, controlled substances, buildings or places, or portions of any of these things, which are within the possession, custody, or control of the State/County/Municipality and;

   a. Which are material to the preparation of Defendant's defense; and

   b. Which are intended for use by the State/County/Municipality as evidence at the trial; and

   c. Which were obtained from or belong to the Defendant; and

FILED

CLERK
O. AL

4. REPORTS OF EXAMINATIONS AND TESTS: Permit the Defendant to inspect and to copy any results or reports of physical or mental examinations or scientific tests or experiments, if the examinations, tests, or experiments were made in connection with the particular case, and the results or reports are within the possession, custody, or control of the State/ County/ Municipality, and their existence is known to the prosecutor; and

5. EXCULPATORY MATERIAL: Disclose to the Defendant any information in the possession, custody, or control of the State/County/Municipality which is favorable to the Defendant and is material to the preparation of a defense. <u>Brady v. Maryland</u>, 373 U.S. 83 (1983).

B. Shaun McGhee
Attorney for Defendant
P.O. Box 1225
Dothan, Alabama 36302
(334) 702-1744

CERTIFICATE OF SERVICE

The below signed certifies that a copy of the foregoing was provided to the District Attorney by being placed in his box located in the Houston County Courthouse this the 25th day of October, 2004.

B. Shaun McGhee



STATE OF ALABAMA ) IN THE DISTRICT COURT OF
      PLAINTIFF, ) HOUSTON COUNTY, ALABAMA
     )
VS. ) CRIMINAL DIVISION
     )
JASON J. MCDONNELL ) DC-04-2589 & 2590
      DEFENDANT. )

## ORDER OF DISCOVERY

The Houston County District Attorney is hereby Ordered to provide the Defendant all

materials subject to discovery by Rule 16.1, ARCrP within 14 days of motion for order of

discovery by Defendant and to comply with Rule 16.3, ARCrP.


Done this the _____ day of _____, 2004.


                              _____
                              Judge

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2                   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br><br>*DC 2004 2589* |

IN THE _District_ COURT OF _Houston_ , ALABAMA
     **(Circuit, District, or Municipal)**     **(Name of County or Municipality)**

STYLE OF CASE: _State of Alabama_ v. _Jason Joseph McDonnell_
     **Plaintiff(s)**     **Defendant(s)**

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _leaving scene of Acc_
_failure to file Acc report_

☐ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
Full name _Jason Joseph McDonnell_ Date of birth _11-27-76_
Spouse's full name (if married) _Single_
Complete home address _146 Vine Lane_
_Hartford, Al 36344_
Number of people living in household _4_
Home telephone number _(334)598-4122_
Occupation/Job _Construction_ Length of employment _1 yr_
Driver's license number _____ *Social Security Number _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_
Employer _Wiregrass Contractors_ Employer's telephone number _N/A_
Employer's address _N/A_

2. **ASSISTANCE BENEFITS**

Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

☐ AFDC  ☐ Food Stamps  ☐ SSI  ☐ Medicaid  ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**

Monthly Gross Income:
  Monthly Gross Income $ _1,200_
  Spouse's Monthly Gross Income (unless a marital offense) _____
  Other Earnings: Commissions, Bonuses, Interest Income, etc. _____
  Contributions from Other People Living in Household _____
  Unemployment/Workmen's Compensation, _____
    Social Security, Retirements, etc. _____
  Other Income (be specific) _____

    **TOTAL MONTHLY GROSS INCOME** $ _1,200_

Monthly Expenses:
  A.  Living Expenses
    Rent/Mortgage $ _300.00_
    Total Utilities: Gas, Electricity, Water, etc. _100.00_
    Food _400.00_
    Clothing _100.00_
    Health Care/Medical _0_
    Insurance _____
    Car Payment(s)/Transportation Expenses _300.00_
    Loan Payment(s) _0_

| Form C-10 Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses *(be specific)* _____

      **Sub-Total**                 A $ 1,200

B:   Child Support Payment(s)/Alimony

      **Sub-Total**                  B $ 0

C.   Exceptional Expenses        $ _____

     **TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**   $ 1,200

Total Gross Monthly Income Less total monthly expenses:

          **DISPOSABLE MONTHLY INCOME**          $ 0

4.   LIQUID ASSETS:
      Cash on Hand/Bank *(or otherwise available such as stocks,*
      *bonds, certificates of deposit)*         $ _____
      Equity in Real Estate (value of property less what you owe)
      Equity in Personal Property, etc. (such as the value of
      motor vehicles, stereo, VCR, furnishing, jewelry, tools,
      guns, less what you owe)
      Other *(be specific)*
      Do you own anything else of value? ☐ Yes  ☐ No
      (land, house, boat, TV, stereo, jewelry)
      If so, describe _____

       **TOTAL LIQUID ASSETS**           $ _____

5.   Affidavit/Request
    I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, 20___

_____
Judge/Clerk/Notary

Affiant's Signature

X _Jason McDonnell_
Print or Type Name

          **ORDER OF COURT**

**SECTION II.**
   **IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
       $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
       ordered and disbursed as follows:
   ☑ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, 19___.

                                             Judge

AGENCY NUMBER: 38-04-0158                    WARRANT NUMBER: WR 2004 012207.00
                                            OTHER CASE NBR:
                                                              DC 2004-2589

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
HOUSTON COUNTY, ALABAMA, PERSONALLY APPEARED   JAMES M BARNWELL JR
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    JASON JOSEPH MCDONNELL            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT JULY 3, 2004, BEING THE DRIVER OF A MOTOR VEHICLE INVOLVED
IN AN ACCIDENT RESULTING IN INJURY OF BERT LEE ETHRIDGE, DID NOT
IMMEDIATELY STOP SUCH VEHICLE AND REMAIN AT THE SCENE OF SUCH ACCIDENT
AND DID NOT RENDER TO THE VICTIM REASONABLE ASSISTANCE AND DID NOT GIVE
HIS NAME, ADDRESS AND THE REGISTRATION NUMBER OF HIS VEHICLE,
IN VIOLATION OF 032-010-001              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                    _Jame M Barnwell_ (BB)
                                    COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF JULY, 2004.

_Shirley L Hard_
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: LEAVING SCENE ACC W/  032-010-001         F  FELONY

WITNESS FOR THE STATE

JAMES M BARNWELL  JR /C/O AST3800 POST/MONTGOMERY HIGHWAY/DOTHAN/36303

KEVIN ROYALS/C/O GREEN ACRES TRK PK/36 TRANQUILITY LANE/DALEVILLE/36322
JACKIE L. UPTON/C/O GREEN ACRES TRK PK//DALEVILLE/36322
GLADYS MCDONALD/422 COUNTRY CIRCLE/DALEVILLE/36322
MARTY JAMES/PROVIDENCE LANE/DALEVILLE/36322
HAROLD LEE KNOEBEL/COUNTRY CIRCLE/DALEVILLE/36322

OPERATOR: SBH     DATE: 07/14/2004

_# 308_
_October, 2004_

W A R R A N T

STATE OF ALABAMA          HOUSTON COUNTY                    11562

                                                           DISTRICT COURT

AGENCY NUMBER: 36-04-0158          WARRANT NUMBER: WR 2004 012207.00
                                   OTHER CASE NBR:
                                                    DC 2004-2589

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JASON JOSEPH MCDONNELL   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF HOUSTON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
          LEAVING SCENE ACC W/  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF JULY, 2004.

BOND SET AT (1)       $1,000.00   BOND TYPE:
           (2)
           (3)

_Shirley B Hazel_

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

-------------------------------------------------------------------

CHARGES: LEAVING SCENE ACC W/  032-010-001          F  FELONY

NAME: JASON JOSEPH MCDONNELL              ALIAS:
ADDRESS: 148 VINE LANE                    ALIAS:
ADDRESS:
CITY: HARTFORD               STATE: AL        ZIP: 36344 0000
                                              PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1976    RACE: W    SEX: M    HAIR: BRO
EYE: HZL  HEIGHT: 6'02"  WEIGHT: 220
SID: 000000000  SSN: 085060910  DL NUM: 6333565

-------------------------------------------------------------------

                    E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

   (X)  PLACING DEFENDANT IN THE HOUSTON COUNTY JAIL

   (  )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___23rd___ DAY OF ___August, 2004___

                    SHERIFF _Lamar Glover_

                    BY _Deputy James E. Lee_

-------------------------------------------------------------------

COMPLAINANT:   JAMES M BARNWELL JR
               C/O AST3800 POST
               MONTGOMERY HIGHWAY
               DOTHAN AL  36303                      NCIC

OPERATOR: SBH          DATE: 07/14/2004

**Note:** This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**

(See instructions on **reverse side**)

| | |
|---|---|
| FBI No. | Final Disposition & Date (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |

Name on fingerprint Card Submitted to FBI

Last  First  Middle

MCDONNELL, JASON JOSEPH

19761127  M

Date of Birth _____ Sex _____

Henry
Fingerprint
Classification
From FBI 1-B Response

| | | |
|---|---|---|
| State Bureau No. (SID) | Social Security No. (SOC) 085600910 | This Form Submitted By: (Name, Title, Agency, ORI No., City & State) |

Contributor of Fingerprints (Include complete name and location of agency together with ORI number.)

AL0380000
HOUSTON CO SD
DOTHAN AL

AL0380000
HOUSTON CO SD
DOTHAN AL

Signature _____ Date

Title

| Arrest No. (OCA) 56297 | Date Arrested or Received 20040823 | ☐ COURT ORDERED EXPUNGEMENT: Certified or Authenticated Copy of Court Order Attached. |
|---|---|---|

Offenses Charged at Arrest

20040823  5499
TRAFFIC OFFENSE
LEAVE SCENE ACCIDENT

20040823  5499
TRAFFIC OFFENSE
FAIL TO FILE ACCIDENT REPORT

DB 50X50G8  #1107  :17
5701LD #1x  0408



```
AR10  SETTING AND DISPOSITION              COUNTY: 38 HOUSTON        ACRAR10
ACTION:    CASE: CC 2004 001880 00    JID: DLH DEFSTS: J JAIL         CONFID: N
  NAME: MCDONNELL JASON JOSEPH             FLAG: N   DOCKET: Y EST: A PST: H
PROS: SMI252      FLG: N    ATTY1: MCG062 C  FLG: Y    ATTY2:          FLG:
SMITH JASON RANDOLPH        MCGHEE BILLY SHAUN
FCHG1: LSAI    LEAVING SCENE ACC W/ 032-010-001             F PE CNTS: 001
  DATE1: 01052005  QUE: 002  TIME: 0900 A  DESC: ARRG  ARRAIGNMENT
  DATE2: 08142006  QUE: 001  TIME: 0830 A  DESC: JTRL JURY TRIAL
  DATE3: 00000000  QUE: 000  TIME: 0000    DESC:
  DATE4: 00000000  QUE: 000  TIME: 0000    DESC:
WARISS: 03142006 A WARACT: 03232006 S WARLOC: 03242006 H
BP ISS: 03212006  BP RTN: 00000000  # CONV: 00
CRTACT:                        CADATE: 00000000 JRY:     MORE: N UPD: N T/CAT:
CHG1:                                           CNT: 001 CA:    00000000
CHG2:                                           CNT: 000 CA:    00000000
CHG3:                                           CNT: 000 CA:    00000000
 DJID:     ADMIN: 00000000 WHY:    TBNV1: 00000000 TBNV2: 00000000 DOMVIO: N
CA-APP: 00000000 CAPP:                  TYPE:      GJCA:    LA-APP: 00000000
CONTDT: 00000000  WHY:                  CONT#: 00
COMM:
CMP: N SPRO: N DUE: 0000003200 WARR 001 SUBP 006      UPDATED: 05302006 BY: RHM
*** HERE IS THE REQUESTED RECORD ***
01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=APL 10=FEE 11=SNT
12=FIL       14=NXC 15=NXN 16=NXS 17=FRM 18=CHG 19=PRT 20=OFF 22=PFM 24=HLP
```

*Circuit Court*

State of Alabama, Houston County
I Judy Byrd, Clerk of The Circuit Court, hereby
certify that this is a true and correct copy of
all current information in case file
filed in this Court on JASON MCDONNELL
This the 30th day of May, 20 06.

Judy Byrd
Circuit Clerk