```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: CC 2004 001881.00
OPER: RHM                    CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT  CRIMINAL             RUN DATE: 12/15/2004
==============================================================================
IN THE CIRCUIT COURT OF  HOUSTON                             JUDGE: SLH

STATE  OF  ALABAMA                    VS    MCDONNELL JASON JOSEPH
                                            146 VINE LANE
CASE: CC 2004 001881.00
                                            HARTFORD, AL   36344 0000

DOB: 11/27/1976        SEX: M  RACE: W  HT: 6 02  WT: 220  HR: BRO  EYES: HZL
SSN: 085060910  ALIAS NAMES:
==============================================================================
CHARGE01: FAIL FILE ACCIDENT R  CODE01: FFAR  LIT: FAIL FILE ACCI TYP: F #: 001
OFFENSE DATE: 07/03/2004                   AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                       DATE ARRESTED: 08/23/2004
DATE    INDICTED: 12/03/2004            DATE    FILED: 12/15/2004
DATE    RELEASED: 08/24/2004            DATE  HEARING:
BOND      AMOUNT:      $1,000.00 S      SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005  DESC: ARRG          TIME: 0900 A
DATE 2: 03/07/2005  DESC: JTRL          TIME: 0830 A

TRACKING NOS: DC 2004 002590 00 /  WR 2004 012208 00  /

   DEF/ATY: MCGHEE BILLY SHAUN         TYPE: C                          TYPE:
            P O BOX 1225
            211 W MAIN ST, SUITE 2
            DOTHAN         AL 36302                       00000

PROSECUTOR: VALESKA DOUGLAS A
                                              3-23-06 Arrested on AW
==============================================================================
OTH CSE: DC20040025900 CHK/TICKET NO: 38-04-0158       GRAND JURY: 309-10
COURT REPORTER:              SID NO:     000000000
DEF STATUS: BOND             DEMAND:                              OPER: RHM
==============================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==============================================================================
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 1-5-05 | **WAIVER OF ARRAIGNMENT** **RECIPROCAL DISCOVERY ORDER** 1-5, 20 05. Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. /s/ _____ CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear, Conditional forfeiture and alias ordered issued. Bond set at $5,000. Notify /s/ _____ Judge |
| 3-14-06 | N: DA; S. McGhee |
| 3-23-06 | Deft arrested on A.W.; JTRL tentatively set 5/3/06 @ 8:30 AM. N: DA, McGhee, Jail, Deft. |

**EXHIBIT C**

```
ACR350                ALABAMA JUDICIAL DATA CENTER
                    CIRCUIT  COURT OF    HOUSTON COUNTY
          ALIAS WARRANT                             CC 2004 001881.00
                         JID: DENNY L. HOLLOWAY
```

|  |  |
|---|---|
| THE  STATE OF ALABAMA | VS MCDONNELL JASON JOSEPH |

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: FAIL FILE ACCIDENT REP    - FELONY

WITNESS MY HAND THIS      MARCH 14, 2006.

BOND SET AT:       $5,000.00 -

~~JUDGE~~/CLERK/~~MAGISTRATE~~

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
146 VINE LANE                     HT: 602    WT: 220
                                  HAIR: BRO   EYE: HZL
HARTFORD          , AL 36344 0000 BIRTH DATE: 11/27/1976
                                  RACE: W      SEX: M
                                  SID#: 000000000
                                  SSN#: 085060910

ALIAS:
EMPLOYER: _____  PHONE NO: _____
TICKET NUMBER: 38-04-0158         AGENCY/OFFICER: AST3800/J BARNWE

NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____
EXECUTED ON    3/23/06                  BY: _____

(x) DEFENDANT ARRESTED, RELEASED ON BOND
(x) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                                  OFFICER

OPERATOR: ROJ
PREPARED: 03/14/2006

Grand Jury No. 309

Case No. CC-04-1881

| INDICTMENT | |
|---|---|
| The State of Alabama<br>Houston County } | CIRCUIT COURT<br>TWENTIETH JUDICIAL<br>**OCTOBER TERM, 2004** |

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, JASON JOSEPH MCDONNELL whose name is to the Grand Jury otherwise unknown, being the driver of a motor vehicle in an accident resulting in injury of BERT LEE ETHRIDGE, did not immediately by the quickest means of communication, give notice or such accident to or file a report with the local police department, county sheriff's office or the state highway patrol as required by law, in violation of 32-10-5 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Douglas Albert Valeska
District Attorney

THE STATE OF ALABAMA
Houston County

**THE CIRCUIT COURT**
Twentieth Judicial Circuit

THE STATE
vs.
JASON JOSEPH MCDONNELL

Witnesses for Agency No. 38-04-0158

JAMES BARNWELL, AST, DOTHAN, AL  36303
MARTY JAMES, PROVIDENCE LANE, DALEVILLE, AL  36322
HAROLD LEE KNOEBEL, COUNTRY CIRCLE, DALEVILLE, AL  36322
GLADYS MCDONALD, 422 COUNTRY CIRCLE, DALEVILLE, AL  36322
KEVIN ROYALS, C/O GREEN ACRES TRAILER PARK, DALEVILLE, AL  36322
JACKIE UPTON, C/O GREEN ACRES TRL PARK 86 TRANQUILITY LN., DALEVILLE, AL  36322

Charges: 1. FAILURE TO FILE ACCIDENT REPORT

## A TRUE BILL

_____
Foreman of the Grand Jury

Presented to the presiding Judge in open court foreman of the Grand Jury, in the presence of __15__ Grand Jurors and filed in open court by order of the court on this the __3rd__ day of __Dec.__, 20,__04__.

_____
CLERK

## INDICTMENT

NO PROSECUTOR

Upon the arrest of Defendant let him be admitted to bail on giving bond in the sum of

__$1,000__ Dollars

With security to be approved by the Sheriff.

_____
Judge Presiding

| State of Alabama<br>Unified Judicial System<br>Form CR-9 Rev. 3/95 | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | Case Number<br>CC-04-1880<br>& 1881 |
|---|---|---|

IN THE __Circuit__ COURT OF __Houston__, ALABAMA
(Circuit, District, or Municipal) (Name of County or Municipality)

☐ STATE OF ALABAMA v. __Jason McDonnell__, Defendant

Comes now, the defendant in the above-styled matter, and to the offense charged enters a plea of

- ☒ Not Guilty
- ☐ Not Guilty by Reason of Mental Disease or Defect
- ☐ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him/her and further waives the right to have an arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But, the defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the court, to interpose any defenses, objections, or motions which the defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is __11/27/76__ Defendant's age is __28__
The defendant is not eligible for consideration by the court for youthful offender status as provided by law.

__1/5/05__
Date
Defendant

__1/5/05__
Date
Attorney for Defendant

This is to certify that I am the attorney for the defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the defendant. I further state to the court that I have explained to the defendant his right to be arraigned in person and his right to have me represent him at arraignment. I further certify to the court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him/her by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS/HER CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM/HER THAT IN THE EVENT HE/SHE FAILS TO APPEAR ON THE DATE HIS/HER CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS/HER BOND. I further certify to the court that I have advised my client that he/she is responsible for obtaining the date his/her case is set for trial in this matter and that in the event he/she fails to appear on the date his/her case is set for trial all appropriate legal action will be taken by the court against the defendant and his/her bond, and I hereby certify that the defendant knows that he/she is personally responsible for obtaining the date his/her case is set for trial and for being present in court on that date.

__1/5/05__
Date

Attorney for Defendant Signature

__B Shawn McGhee__
Printed or Typed Attorney's Name

I certify that I served a copy of the foregoing plea and waiver of arraignment on the Prosecutor by mailing/delivering a copy of the same to him/her on:

__1/5/05__
Date

__P.O. Box 1225 Dothan, AL__
Address

This is to certify that my attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the court that I do not wish to be personally present at an arraignment in this case and that I do not want to have an attorney represent me at an arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the court that I have been informed of the charge against me and have received a copy of the charge.

__1/5/05__
Date
Defendant Signature

Filed in office this date __1-5-05__
Clerk __Judy Byrd__ By _____

```
ACR0368   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
                HOUSTON   CIRCUIT   CRIMINAL      CASE: CC 2004 001881.00
                                   FEE SHEET
------------------------------------------------------------
|CRIMINAL FEE SUMMARY      |DATE |DATE |DATE |DATE | STATE OF ALABAMA
|                          |     |     |     |     |
|1. DOCKET FILING FEE      | AMT | AMT | AMT | AMT |            VS
|   MISDEMEANOR    $146.00 |     |     |     |     |
|   DIST FEL PG    $219.00 |     |     |     |     | MCDONNELL JASON JOSEPH
|   FELONY         $219.00 |     |     |     |     | 146 VINE LANE
|2. PREL HEARNG     $30.00 |     |     |     |     |
|3. SERVICE FEES           |     |     |     |     | G J #:309-10 JUDGE ID:DLM
|   WITNS SUPB EA.($8)     |     |     |     |     | D C #:DC 2004 002590.00
|   FORF ($10EA OVER 1)    |     |     |     |     |
|   SERVICE CHARGE         |     |     |     |     | FAIL FILE ACCIDENT R
|                          |     |     |     |     |
|4. BOND FORF.      $84.00 |     |     |     |     |
|5. PUB LAW LIB TAX $2.00  |     |     |     |     |
|6. _____  |     |     |     |     |
|   _____  |     |     |     |     |
|   _____  |     |     |     |     |
|7. LOWER COURT COST       |     |     |     |     |
|   SUB TOTAL              |     |     |     |     |
|8. FINES                  |     |     |     |     |
|9. RESTITUTION            |     |     |     |     |
|10.CRIMINAL HSTRY $30     |     |     |     |     |
|11.ATTORNEY FEES          |     |     |     |     |
|12.DRUG ABUSE FEE $10     |     |     |     |     |
|13.CRIME VICTIMS          |     |     |     |     |
|   TOTAL COST             |     |     |     |     |
|CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|                   |      |         |          |
|DISBURSMENTS/PAID  | DATE | CHECK NO| AMT PAID |
|                   |      |         |          |
                                                        DATE DUE   /  /
|WITNESS / NAME             | FOR S/D | ISS | EXEC | ISS | EXEC |
|A-ADVANTAGE BOND    S001   |
|JAMES BARNWELL NDI  W001   |
|KEVIN ROYALS        W002   |
|JACKIE L. UPTON     W003   |
|GLADYS MCDONALD     W004   |
|MARTY JAMES         W005   |
|HAROLD LEE KNOEBE   W006   |
```

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2004 002590.00
OPER: SBH                     CASE ACTION SUMMARY
PAGE:   1                      DISTRICT CRIMINAL            RUN DATE: 09/08/2004
==================================================================================
IN THE DISTRICT COURT OF  HOUSTON                                    JUDGE: DLH
STATE  OF  ALABAMA              VS    MCDONNELL JASON JOSEPH
                                      146 VINE LANE
CASE: DC 2004 002590.00
                                      HARTFORD, AL  36344 0000
DOB: 11/27/1976          SEX: M  RACE: W  HT: 6 02  WT: 220  HR: BRO  EYES: HZL
SSN: 085060910   ALIAS NAMES:
==================================================================================
CHARGE01: FAIL FILE ACCIDENT R  CODE01: FFAR  LIT: FAIL FILE ACCI  TYP: F  #: 001
OFFENSE DATE: 07/03/2004                AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                       DATE ARRESTED: 08/23/2004
DATE     INDICTED:                      DATE    FILED: 08/25/2004
DATE    RELEASED: 08/24/2004            DATE  HEARING:
BOND      AMOUNT:       $1,000.00 S         SURETIES: A-ADVANTAGE BONDING,

DATE 1: 10/22/2004  DESC: STAT          TIME: 0830 A
DATE 2:             DESC:               TIME: 0000

TRACKING NOS: WR 2004 012208 00  /                      /

DEF/ATY:  Hon. Shaun McGhee          TYPE: (C)                        TYPE:
                                  00000                                   00000
PROSECUTOR:
==================================================================================
OTH CSE: WR200401220800  CHK/TICKET NO: 38-04-0158     GRAND JURY: 309-10
COURT REPORTER:                  SID NO:    000000000
DEF STATUS: BOND                 DEMAND:                       OPER: SBH
==================================================================================
DATE          ACTIONS,   JUDGEMENTS,   AND   NOTES
==================================================================================
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 9-8-2004 | Court Appearance date and time for you to appear is October 22, 2004 @ 8:30 a.m. in room 201 at the Houston County Courthouse, 2nd floor. |
| | _____, JUDGE |
| 10-22-2004 | Defendant before the Court and advised of ~~his/her rights, Hon.~~ Shaun McGhee is appointed counsel for the Defendant. DISTRICT JUDGE |
| ~~10-26-2004~~ | ~~Demand of Preliminary Hearing~~ |
| ~~10-26-2004~~ | ~~Motion for Order of Discovery~~ |
| ~~10-27-2004~~ | ~~PRELIMINARY HEARING IS SET FOR 8th DAY OF November 2004 AT 8:30 A.M.~~ |
| 10-26-04 | Motion for Order of Discovery |
| 10-27-04 | Copy of CAS and warrant put in atty box |
| 11-15-2004 | Status L [signature] |

```
ACR0368   ALABAMA  JUDICIAL  INFORMATION  CENTER
              HOUSTON   DISTRICT CRIMINAL    CASE: DC 2004 002590.00
                          FEE SHEET
```

| CRIMINAL FEE SUMMARY | DATE | DATE | DATE | DATE | STATE OF ALABAMA |
|---|---|---|---|---|---|
| 1. DOCKET FILING FEE | AMT | AMT | AMT | AMT | VS |
|    MISDEMEANOR    $146.00 | | | | | |
|    DIST FEL PG    $219.00 | | | | | MCDONNELL JASON JOSEPH |
|    FELONY         $219.00 | | | | | 146 VINE LANE |
| 2. PREL HEARNG     $30.00 | | | | | G J #:309-10 JUDGE ID:DLH |
| 3. SERVICE FEES | | | | | D C #:WR 2004 012208.00 |
|    WITNS SUPB EA.($8) | | | | | |
|    FORF ($10EA OVER 1) | | | | | FAIL FILE ACCIDENT R |
|    SERVICE CHARGE | | | | | |
| 4. BOND FORF.      $84.00 | | | | | |
| 5. PUB LAW LIB TAX $2.00 | | | | | |
| 6. | | | | | |
| 7. LOWER COURT COST | | | | | |
|    SUB TOTAL | | | | | |
| 8. FINES | | | | | |
| 9. RESTITUTION | | | | | |
| 10. CRIMINAL HSTRY $30 | | | | | |
| 11. ATTORNEY FEES | | | | | |
| 12. DRUG ABUSE FEE $10 | | | | | |
| 13. CRIME VICTIMS | | | | | |
| TOTAL COST | | | | | |

| CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|---|---|---|---|
| | | | |

| DISBURSMENTS/PAID | DATE | CHECK NO | AMT PAID |
|---|---|---|---|
| | | | |

DATE DUE __/__/__

| WITNESS / NAME | FOR S/D | ISS | EXEC | ISS | EXEC |
|---|---|---|---|---|---|
| JAMES M BARNWELL    W001 | | | | | |
| KEVIN ROYALS        W002 | | | | | |
| JACKIE L. UPTON     W003 | | | | | |
| GLADYS MCDONALD     W004 | | | | | |
| MARTY JAMES         W005 | | | | | |
| HAROLD LEE KNOEBE   W006 | | | | | |
| MELODY KNOEBEL      W007 | | | | | |
| BERT LEE ETHRIDGE   W008 | | | | | |
| BAXTER ETHRIDGE     W009 | | | | | |
| GERALD L GANOUS     W010 | | | | | |

| State of Alabama<br>Unified Judicial System<br>Form CR-28   Rev. 8/97 | **APPLICATION FOR<br>BONDSMAN'S PROCESS** | Case Number<br>CC04-1881 |
|---|---|---|

IN THE __Circuit__ COURT OF __Houston__, ALABAMA
(Circuit, District, or Municipal)   (Name of Municipality or County)

[X] STATE OF ALABAMA  [ ] MUNICIPALITY OF _____

v. __Jason Joseph McDonnell__, Defendant

---

TO THE CLERK OF THE ABOVE-NAMED COURT:

WHEREAS, I, the undersigned, as surety on the undertaking of bail of the defendant, desiring to surrender the defendant to the custody of the sheriff or jailer, hereby apply for the issuance of a Bondsman's Process so that the defendant may be arrested by me or another person designated by my endorsement on the process at any place in the State of Alabama

Date of Application __3-16-06__

_[signature]_
AGENT

Issued
3/21/06
JC

A-ADVANTAGE BONDING COMPANY
109 EAST ADAMS STREET
DOTHAN, ALABAMA 36301

**FILED**

MAR 1 6 2006

_[signature]_
JUDY BYRD, CLERK
HOUSTON CO., AL

| State of Alabama Unified Judicial System | CONSOLIDATED APPEARANCE BOND | Case Number |
|---|---|---|
| Form CR-10   Rev. 8/98 | (District Court, Grand Jury, Circuit Court) | DC2004 2590 WR04-12208 |

IN THE **District** COURT OF **Houston**, ALABAMA
(Circuit or District)   (Name of County)

STATE OF ALABAMA v. **Jason McDonnell**
Defendant

I, **Jason McDonnell** (Defendant), as principal, and I (we), **A-Advantage Bonding** (Please print) _____, as surety(ies), agree to pay the State of Alabama the sum of $ **1,000.00** and such costs as authorized by law unless the above-named defendant appears before the district court of the county on **AAGJ** (date) at _____ .M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of **Fail to File Report / Accident**, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: _[signature]_ (L.S.)
Address (print): **146 Vine Lane**   City: **Hartford**   State: **AL**   Zip: **36344**

Signature of Surety/Agent: _[signature] A-Advantage Bonding_

Approved by Judge/Magistrate/Sheriff: **Lamar Glover**
By Deputy Sheriff: _[signature] Jones_

Date: **8-24-04**

**Defendant's Information**

| Date of Birth | Sex | Height | Weight | Employer |
|---|---|---|---|---|
| 11-27-76 | M | 6'02 | 280 | |

| Social Security Number | Race | Hair | Eyes | Employer's Address |
|---|---|---|---|---|
| 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 | W | Bro | Haz | |

| Driver's License Number | State | Telephone Number | Employer's Telephone Number |
|---|---|---|---|
| | ( ) | 598-4122 / 477-4123 | |

☐ Property Bond   ☒ Professional Surety/Bail Company Bond   ☐ Cash Bond

COURT RECORD: Original   DEFENDANT: Copy   SURETY: Copy

```
                    W A R R A N T
STATE OF ALABAMA        HOUSTON COUNTY              DISTRICT COURT

AGENCY NUMBER: 38-04-0158       WARRANT NUMBER: WR 2004 012209.00
                                OTHER CASE NBR:
                                                  DC200042590
TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JASON JOSEPH MCDONNELL   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF HOUSTON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
           FAIL FILE ACCIDENT R   CLASS: C   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF JULY, 2004.

BOND SET AT: (1)       $1,000.00   BOND TYPE:
             (2)
             (3)

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT
```

CHARGES: FAIL FILE ACCIDENT R   032-010-005           F  FELONY

NAME: JASON JOSEPH MCDONNELL               ALIAS:
ADDRESS: 146 VINE LANE                     ALIAS:
ADDRESS:
CITY: HARTFORD           STATE: AL    ZIP: 36344 0000
                                      PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1976   RACE: W    SEX: M    HAIR: BRO
EYE: HZL    HEIGHT: 6'02"   WEIGHT: 220
SID: 00000000  SSN: 085060910  DL NUM: 6333565

                        E X E C U T I O N
        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
        (X)  PLACING DEFENDANT IN THE HOUSTON COUNTY JAIL
        ( )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS __23__ DAY OF __August 2004__

                              SHERIFF _Larae Glover_
                              BY _Deputy James Lee_

COMPLAINANT: JAMES M BARNWELL JR
             C/O AST POST
             MONTGOMERY HIGHWAY
             DOTHAN  AL  36303

                                                    NCIC

OPERATOR: SBH         DATE: 07/14/2004

ALABAMA JUDICIAL INFORMATION SYSTEM
\* \* \* IN THE DISTRICT COURT OF HOUSTON COUNTY \* \* \*

AGENCY NUMBER: 38-04-0158        WARRANT NUMBER: WR 2004 012208.00
                                 OTHER CASE NBR:
                                                 DC2004 2590

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
HOUSTON COUNTY, ALABAMA, PERSONALLY APPEARED    JAMES M BARNWELL JR
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   JASON JOSEPH MCDONNELL         DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT JULY 3, 2004, BEING THE DRIVER OF A MOTOR VEHICLE IN AN
ACCIDENT RESULTING IN INJURY TO BERT LEE ETHRIDGE DID NOT IMMEDIATELY
BY THE QUICKEST MEANS OF COMMUNICATION, GIVE NOTICE OF SUCH ACCIDENT TO,
OR FILE A REPORT WITH THE LOCAL POLICE DEPARTMENT, COUNTY SHERIFF'S OFFICE
OR THE STATE HIGHWAY PATROL AS REQUIRED BY LAW,
IN VIOLATION OF 032-010-005                         OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                   _____
                                   COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF JULY, 2004.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: FAIL FILE ACCIDENT R   032-010-005           F  FELONY

WITNESS FOR THE STATE

JAMES M BARNWELL JR /C/O AST POST/MONTGOMERY HIGHWAY/DOTHAN/36303

KEVIN ROYALS/C/O GREEN ACRES TRK PK/86 TRANQUILITY LANE/DALEVILLE/36322
JACKIE L. UPTON/C/O GREEN ACRES TRK PK//DALEVILLE/36322
GLADYS MCDONALD/422 COUNTRY CIRCLE/DALEVILLE/36322
MARTY JAMES/PROVIDENCE LANE/DALEVILLE/36322
HAROLD LEE KNOEBEL/COUNTRY CIRCLE/DALEVILLE/36322

OPERATOR: SBH    DATE: 07/14/2004

                                         #309
                                    October, 2004

*Circuit Court*

State of Alabama, Houston County
I Judy Byrd, Clerk of The Circuit Court, hereby
certify that this is a true and correct copy of
all current information in case file
filed in this Court on JASON MCDONNELL
This the 30th day of MAY, 2006.

Judy Byrd
Circuit Clerk      MF