# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

1119

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 56297 | McDowell | Jason | Joseph | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 3-23-06 | | | | |

| RISK | STATUS | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| | | F | | Miller | Nowell |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 11/27/76 | 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 | W | M | 6-2 | 220 | Bro | Haz | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| NEG CS | NEG J48 | NEG CS | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| | | | Shaun McGhee |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 318 Porter Andrews Rd 477-2391 | Ozark | AL 340 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Zenobia Abbott | Same | | → | Wife |

**REMARKS:**

| DID INMATE RECEIVE PHONE CALL? (X)Y { }N | DID INMATE RECEIVE JAIL RULES? (X)Y { }N |
|---|---|
| INMATE SIGNATURE X | INMATE SIGNATURE X |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2928

**EXHIBIT A**

| INMATE # | | | NAME | | | | |
|---|---|---|---|---|---|---|---|
| S6297 | | | McDonnell Jason | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| FTA-Leave Scene Acc w/Inj | | | | | | 04-1880 | |
| BOND | | | | | | | |
| 5,000 | | | | | | Crim Jury Trial Holloway | 4-10-06 8:30 A.M. |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| FTA-Fail File Acc Rept | | | | | | 04-1881 | |
| BOND | | | | | | | |
| 5,000 | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| | | | | | | | |
| BOND | | | | | | | |
| | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| | | | | | | | |
| BOND | | | | | | | |
| | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| | | | | | | | |
| BOND | | | | | | | |
| | | | | | | | |

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: [1] Yes  [2] No
R84 Completed: [1] Yes  [2] No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

1. ORI #: 038000
2. AGENCY NAME: Houston County Sheriff
3. CASE #: 0608 0221
4. SFX:
5. LAST, FIRST, MIDDLE NAME: McDonnell, Jason, Joseph
6. ALIAS AKA:
7. SEX: [1] M
8. RACE: [1] W
9. HGT: 62
10. WGT: 220
11. EYE: HZL
12. HAIR: BRO
13. SKIN:
14. [3] TATOOS: 5
15. PLACE OF BIRTH: Bronx, NY
16. SSN: 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
17. DATE OF BIRTH: 12/7/76
18. AGE: 29
19. MISCELLANEOUS ID #: 56297
26. [2] NON-RESIDENT
27. HOME ADDRESS: 318 Porter Andrews Rd Ozark, AL
28. RESIDENCE PHONE: 477-2391
29. OCCUPATION: Framer
30. EMPLOYER: Danny Brady Const.

## ARREST

33. LOCATION OF ARREST: Dale Co Jail
34. SECTOR #: 20/c/0/c
35. ARRESTED FOR YOUR JURISDICTION: [2] OUT STATE AGENCY
36. CONDITION OF ARRESTEE: [3] SOBER
37. RESIST ARREST?: [2] NO
38. INJURIES?: [1] NONE
39. ARMED?: [2] N
41. DATE OF ARREST: 03/23/06
42. TIME OF ARREST: 11:25 [2] PM
43. DAY OF ARREST: [5] Th
44. TYPE ARREST: [2] CALL WARRANT
45. ARRESTED BEFORE?: [1] YES
46. CHARGE-1: [1] FEL — FTA-Leaving Scene Acc w/Inj
50. STATE CODE/LOCAL ORDINANCE:
51. WARRANT #: 2004 00880.00
52. DATE ISSUED: 03/14/06
48. CHARGE-2: [1] FEL — FTA-Fail File Accident Rep
54. WARRANT #: 2004 001881
55. DATE ISSUED: 03/14/06

101. REMARKS: Bond 5,000 x 2 = 10,000

102. SIGNATURE OF RECEIVING OFFICER: [signed]

111. ARRESTING OFFICER: Newell, A
112. ID #: 3820

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

```
ACR0372                    ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001880.00
OPER: RHM                         CASE ACTION SUMMARY
PAGE:   1                          CIRCUIT  CRIMINAL              RUN DATE: 12/15/2004
=====================================================================================
IN THE CIRCUIT COURT OF  HOUSTON                                         JUDGE: BLH

STATE  OF  ALABAMA                    VS      MCDONNELL JASON JOSEPH
                                              146 VINE LANE
CASE: CC 2004 001880.00
                                              HARTFORD, AL    36344 0000

DOB: 11/27/1976         SEX: M   RACE: W   HT: 6 02   WT: 220   HR: BRO  EYES: HZL
SSN: 085060910   ALIAS NAMES:
=====================================================================================
CHARGE01: LEAVING SCENE ACC W/   CODE01: LSAI  LIT: LEAVING SCENE   TYP: F  #: 001
OFFENSE DATE: 07/03/2004              AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                     DATE ARRESTED: 08/23/2004
DATE    INDICTED: 12/03/2004          DATE    FILED: 12/15/2004
DATE    RELEASED: 08/24/2004          DATE  HEARING:
BOND     AMOUNT:       $1,000.00 S        SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005   DESC: ARRG        TIME: 0900 A
DATE 2: 03/07/2005   DESC: JTRL        TIME: 0830 A

TRACKING NOS: DC 2004 002589 00  /  WR 2004 012207 00  /

     DEF/ATY: MCGHEE BILLY SHAUN         TYPE: C                      TYPE:
              P O BOX 1225
              211 W MAIN ST,SUITE 2
              DOTHAN          AL 36302                                00000

PROSECUTOR: VALESKA DOUGLAS A
```

3-23-06 Arrested on A.W.

```
OTH CSE: DC200400258900  CHK/TICKET NO: 38-04-0158       GRAND JURY: 308-10
COURT REPORTER:                 SID NO:  00000000
DEF STATUS: BOND                DEMAND:                       OPER: RHM
=====================================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
=====================================================================================
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 1-5-05 | WAIVER OF ARRAIGNMENT<br>RECIPROCAL DISCOVERY ORDER<br>1-5, 20 05<br>Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office.<br>— CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear, Conditional forfeiture and alias ordered issued. Bond set at $5,000. /s/ Denny Holladay Judge |
| 3-14-06 | N: DA, S. McGhee |
| 3-23-06 | Deft arrested on AW; JTRL tentatively set for 5/3/06 @ 8:30 AM<br>N: DA; S. McGhee; Deft: In:'l |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001881.00
OPER: RHM                    CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 12/15/2004
==================================================================================
IN THE CIRCUIT COURT OF  HOUSTON                                       JUDGE: DLH

STATE OF ALABAMA                      VS     MCDONNELL JASON JOSEPH
                                             146 VINE LANE
CASE: CC 2004 001881.00
                                             HARTFORD, AL  36344 0000

DOB: 11/27/1976         SEX: M  RACE: W  HT: 6 02  WT: 220  HR: BRO  EYES: HZL
SSN: 085060910  ALIAS NAMES:
==================================================================================
CHARGE01: FAIL FILE ACCIDENT R  CODE01: FFAR  LIT: FAIL FILE ACCI  TYP: F  #: 001
OFFENSE DATE: 07/03/2004              AGENCY/OFFICER: AST3800 J BARNW

DATE WAR/CAP ISS:                     DATE ARRESTED: 08/23/2004
DATE   INDICTED: 12/03/2004           DATE   FILED: 12/15/2004
DATE   RELEASED: 08/24/2004           DATE  HEARING:
BOND    AMOUNT:       $1,000.00 S     SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/05/2005  DESC: ARRG        TIME: 0900 A
DATE 2: 03/07/2005  DESC: JTRL        TIME: 0830 A

TRACKING NOS: DC 2004 002590 00 / WR 2004 012208 00 /

    DEF/ATY: MCGHEE BILLY SHAUN       TYPE: C                     TYPE:
             P O BOX 1225
             211 W MAIN ST, SUITE 2
             DOTHAN        AL 36302                               00000

PROSECUTOR: VALESKA DOUGLAS A
==================================================================================
OTH CSE: DC200400259000  CHK/TICKET NO: 38-04-0158     GRAND JURY: 309-10
COURT REPORTER:                         SID NO:  000000000
DEF STATUS: BOND                        DEMAND:                   OPER: RHM
==================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
==================================================================================
```

Handwritten annotation near top right: "3-23-06 Arrested on AW"

| Date | Actions, Judgements, and Notes |
|---|---|
| 1-5-05 | **WAIVER OF ARRAIGNMENT** / **RECIPROCAL DISCOVERY ORDER** 1-5, 20 05. Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. /s/ Denny Holloway, CIRCUIT JUDGE |
| 3-7-06 | Upon defendant failing to appear, Conditional Forfeiture and alias ordered issued. Bond set at $5,000. Notify /s/ Denny Holloway, Judge |
| 3-14-06 | N: DA, S. McGhee /s/ Denny Holloway, Judge |
| 3-23-06 | Deft arrested on AW; JTRL tentatively set 5/3/06 @ 8:30 AM |

N: DA, McGhee, Jail Deft.

# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

1906
8-23-04

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 56297 | McDonnell | Jason | Joseph | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 8-23-04 | | | 8-24-04 | Advantage |

| RISK | STATUS | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| | | B | Floor | Smith | J. Lee |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 11/27/76 | 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 | W | M | 6'2" | 220 | Brd | Haz | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg  C6 | Neg  C6 | Neg  C6 | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| Neg C-14 | Neg J31 | Neg C-14 | |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 146 Vine Lane  598-4122 | Hartford | AL 36344 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Zedobia Abbott | 146 Vine Lane | Hartford | (334) 237-8819 | girlfriend |

**REMARKS:**

| DID INMATE RECEIVE PHONE CALL? (X)Y { }N | DID INMATE RECEIVE JAIL RULES? (✓)Y { }N |
|---|---|
| INMATE SIGNATURE X | INMATE SIGNATURE X |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2928

| INMATE # | S6297 | NAME | McDonnell, Jason Joseph | | | | |
|---|---|---|---|---|---|---|---|
| CHARGE | Leave Scene Accident | | WARRANT # 04-12207 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | 1,000 | | AAGJ | | | | |
| CHARGE | Fail to File Accident Report | | WARRANT # 04-12208 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | 1,000 | | AAGJ | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 8-23-04   TIME: 19:06

SENIOR CORRECTIONS OFFICER(S) DUTY: Sgt. Buchmann

Inmate Name: McDowell, Jason J.   Inmate Number: 56297

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants** _____ NCIC _____ Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed — T.S.
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed — ✓
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. Correct court date noted on bond
29. Inmate and surety signature on bond
30. All pass on information documented in pass book

Signature of Booking Officer(s): _Jamalin Smith_

Southeastern Printers of Dothan, 334-792-2928

# Houston County Jail
# Release Verification Form

Inmate Number: 56297

Date: 8-24-04

Date of Release: 8-24-04

Time of Release: 1140

Charge(s):

1. LSA
2. Fail to File Accd Report
3.
4.
5.
6.
7.
8.

Case Number(s):

WR04-12207
WR04-12208

Reason for Release: 2 x 1,000 - Advantage

Inmate Name: Jason McDonnell

Date of Birth: 11/27/76

Soc. Sec. #: 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

Address: 146 Vine Rd
Hartford  AL  36344

Inmate Signature: /s/ Jason McDonnell

THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.

C/O Signature: /s/ Jones
Verbally verified by Docket Officer

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: [1] Yes  
R84 Completed: [1] Yes

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** 038000
- **2 AGENCY NAME:** Houston County Sheriffs Dept
- **3 CASE #:** 0423606632
- **5 LAST, FIRST, MIDDLE NAME:** McDonnell Jason Joseph
- **7 SEX:** M
- **8 RACE:** W
- **9 HGT:** 6'2"
- **10 WGT:** 220
- **11 EYE:** HAZ
- **12 HAIR:** BRO
- **13 SKIN:** MED
- **14:** (B)(C) Bicept, (L) forearm, Neck, and Back — SCARS / MARKS / TATOOS
- **15 PLACE OF BIRTH:** Bronx New York
- **16 SSN:** 0851-60-0910
- **17 DATE OF BIRTH:** M11 D27 Y76
- **18 AGE:** 27
- **19 MISCELLANEOUS ID #:** 56297
- **26:** [2] NON-RESIDENT
- **27 HOME ADDRESS:** 146 Vine Lane Hartford AL 36344
- **28 RESIDENCE PHONE:** 334 598 4122
- **29 OCCUPATION:** Construction
- **30 EMPLOYER:** Wiregrass Contractors

## ARREST

- **33 LOCATION OF ARREST:** Daleville Police Dept. Daleville AL ZONE 1011
- **35 ARRESTED FOR YOUR JURISDICTION?** [✓] IN STATE — YES
- **36 CONDITION OF ARRESTEE:** [2] SOBER
- **37 RESIST ARREST?** [2] NO
- **38 INJURIES?** [1] NONE
- **39 ARMED?** N
- **41 DATE OF ARREST:** 08/23/04
- **42 TIME OF ARREST:** 19:10 MIL
- **43 DAY OF ARREST:** M
- **44 TYPE ARREST:** WARRANT
- **45 ARRESTED BEFORE?** YES
- **46 CHARGE-1:** [✓] FEL — Leaving Scene Acc W/
- **50 STATE CODE/LOCAL ORDINANCE:** 032-010-001
- **51 WARRANT #:** WR 2004 012207.00
- **52 DATE ISSUED:** 07/11/04
- **48 CHARGE-2:** [✓] FEL — Fail File Accident R
- **53 STATE CODE/LOCAL ORDINANCE:** 032-010-005
- **54 WARRANT #:** WR 2004 012208.00
- **55 DATE ISSUED:** 07/11/04

## RELEASE

- **101 REMARKS:** Bond set at $1,000.00 x 2 = $2,000.00 total

- **111 ARRESTING OFFICER:** Lee James E.
- **112 ID #:** 3848

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                              Page    1

BOOKING NO:    040003108                          LOCAL ID:   56297

Name     : MCDONNELL JASON JOSEPH
Address: 146 VINE LANE
City     : HARTDORD        State: AL  Zip: 36344

## Physical Description

| | | | |
|---|---|---|---|
| Race : | WHITE | Hair : | BROWN |
| Gender: | MALE | Eyes: | HAZEL |
| Height: | 6' 02" | Complexion: | UNKNOWN |
| Weight: | 220 | DOB: | 11/27/1976   Age: 27 |

Scars/Tattoos:

## Personal Information

DL State :                          Home Phone: 334 598 4122
DL Number:                          Work Phone:
    SSN: 085 60 0910
    SID:

## Booking Information

Arrest Date: 00/00/0000             Booking Officer: SMITH
Arrest Dept: HCSD                   Booking Date: 08/23/2004
Arrest Offcr: J.LEE                 Booking Time: 19:06
Search Offcr: CULVER                Facility: 01
Meal Code: 01                       Cell Assignment: B-FLOOR

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| LEAVING SCENE OF ACCIDENT | $00.00 | 1,000 | PENDING |
| FAIL TO FILE ACCIDENT REPORT | $00.00 | 1,000 | PENDING |

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|
| | | STATE USAGE<br>NFF SECOND<br>SUBMISSION | ☐ APPROXIMATE CLASS | ☐ AMPUTATION | ☐ SCAR |

| STATE USAGE | LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX |
|---|---|
| | MCDONNELL, JASON JOSEPH |

| SIGNATURE OF PERSON FINGERPRINTED | SOCIAL SECURITY NO. | LEAVE BLANK |
|---|---|---|
| X *[signature]* | 085600910 | |

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19761127 | M | W | 602 | 220 | HAZ | BRO |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

DB 50X50G8 11░░░5 #1107░░░░17    5701LD░░14 20░░00:04

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

| | | |
|---|---|---|
| JUVENILE FINGERPRINT | DATE OF ARREST | ORI: AL0380000 |
| SUBMISSION  YES ☐ | 20040823 | CONTRIBUTOR: HOUSTON CO SB |
| TREAT AS ADULT  YES ☐ | | ADDRESS: DOTHAN, AL |
| | | REPLY: YES Y |
| SEND COPY TO (ORI OR) | DATE OF OFFENSE | PLACE OF BIRTH (STATE/CTRY) | COUNTRY OF CITIZENSHIP |
| | 20040823 | NY | US |

MISCELLANEOUS NUMBER:

SCARS, MARKS, TATTOOS AND OTHER CHARACTERISTICS:
TAT RF ARM
TAT UL ARM
TAT NECK

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|
| 146  VINE LANE | HARTFORD | AL 36344 |

| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER: | LOCAL IDENTIFICATION/CASE NO. | PHOTO AVAILABLE? YES ☒ |
|---|---|---|
| J25 TAMALIN SMITH | 56297 | PALM PRINTS TAKEN? YES ☐ |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY  IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| WIREGRASS CONTRACTORS | CONSTRUCTION |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 20040823  5499<br>TRAFFIC OFFENSE<br>LEAVE SCENE ACCIDENT | 1. |
| 20040823  5499<br>TRAFFIC OFFENSE<br>FAIL TO FILE ACCIDENT REPORT | 2. |
| | 3. |
| ADDITIONAL | ADDITIONAL |

ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP

☆U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|
| | STATE USAGE NFF SECOND SUBMISSION | ☐ APPROXIMATE CLASS | ☐ AMPUTATION | ☐ SCAR | |

| STATE USAGE | LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX |
|---|---|
| | MCDONNELL, JASON JOSEPH |

| SIGNATURE OF PERSON FINGERPRINTED | SOCIAL SECURITY NO. | LEAVE BLANK |
|---|---|---|
| X *[signature]* | 085600910 | |

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19761127 | M | W | 602 | 220 | HAZ | BRO |

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

DB 50X50G8 115 #1107:17                                5701L 14 20 00:04

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

| | DATE OF ARREST | | CONTRIBUTOR | AL0380000 |
|---|---|---|---|---|
| CAUTION YES ☐ | MM DD YY 20040823 | | ADDRESS | HOUSTON CO SD DOTHAN, AL |
| TRY AS ADULT YES ☐ | | | REPLY DESIRED? | Y |

| | DATE OF OFFENSE | PLACE OF BIRTH | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY 20040823 | NY | US |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
TAT RF ARM
TAT UL ARM
TAT NECK

RESIDENCE/COMPLETE ADDRESS

| 146 VINE LANE | HARTFORD | AL 36344 |
|---|---|---|

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE NO. | PHOTO AVAILABLE? YES X |
|---|---|---|
| J25 TAMALIN SMITH | 56297 | PALM PRINTS TAKEN? YES ☐ |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO

WIREGRASS CONTRACTORS

OCCUPATION
CONSTRUCTION

CHARGE/CITATION

20040823  5499
TRAFFIC OFFENSE
LEAVE SCENE ACCIDENT

20040823  5499
TRAFFIC OFFENSE
FAIL TO FILE ACCIDENT REPORT

DISPOSITION
1.
2.
3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

☆U.S. GPO: 2001 479-516/40019
FD-249 (REV 5-11-99)

**Houston County Jail**

# Memo

**To:** Jail file of inmate Jason McDonell

**From:** Commander W. B. McCarty

**Date:** 5/24/06

**Re:** Grievance filed by inmate McDonnell

---

Inmate Jason McDonnell was arrested for Failure to Appear on a 2004 case on 03/23/06 and placed in the Houston County Jail. The original charges were Leaving the Scene of an Accident and Failing to Report an Accident. He had a court date set in 2004 and failed to appear for that court date. On or about the 11th day of April 2006, inmate McDonnell filed an inmate grievance addressed to Commander McCarty to which he stated that he had not had a first appearance on the Failure to Appear charges. I replied, after checking with Sgt. Davis in records, that he had his first appearance in 2004 and he had a court date set to which he had failed to appear. I advised his attorney was Shaun McGhee and he needed to contact him. I sent the reply back to inmate McDonnell on the grievance form. On 05/04/06, I received a request from Attorney Gary Sherrer requesting inmate McDonnell's jail file along with any inmate grievances that the inmate may have filed. After a diligent search, this grievance of inmate Jason McDonnell cannot be located at this time. A search will continue and if the grievance is located, it will be forwarded to Attorney Gary Sherrer's office.

1