IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUN -2 A 10: 11
[CLERK STAMP]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JASON J. McDONNELL,
    PLAINTIFF

V.

JAIL COMM. McCARTY, ET AL.,
    DEFENDANTS

CIVIL ACTION NUMBER:
1:06-CV-347-MEF

## MOTION FOR RELIEF

COMES NOW JASON J. McDONNELL THE PLAINTIFF IN CIVIL ACTION NO. 1:06-CV-347-MEF REQUESTING THE COURT TO ORDER THE DEFENDANTS IN SUCH CIVIL ACTION TO GRANT IMMEDIATE RELIEF.

## GROUNDS FOR MOTION

1) DEFENDANTS FAILED TO COMPLY WITH COURT ORDER TO RESPOND AND SERVE PLAINTIFF WITH WRITTEN REPORT WITHIN 40 DAYS.

2) DEFENDANTS VIOLATED PLAINTIFF'S DUE PROCCESS.

## RELIEF WHICH IS SOUGHT

1. FOR COURT TO ORDER DEFENDANTS TO IMMEDIATLY RELEASE PLAINTIFF ON AN APPEARENCE BOND WHICH HE IS ENTITLED TO LEGALLY.

2. FOR THE COURT TO SET THIS MATTER FOR HEARING.

3. FOR THE COURT TO NOTIFY THE PLAINTIFF ON HOW TO OBTAIN COUNCIL IN THIS MATTER.

DATED THIS 31st DAY OF MAY 2006.

RESPECTFULLY SUBMITTED,

*Jason McDonnell*

JASON J. McDONNELL

WITNESSED BY *Alex Morales* 5/31/06

## CERTIFICATE OF SERVICE

I, JASON J. McDONNELL, HEREBY CERTIFIY THAT I HAVE SERVED A COPY OF THE FOREGOING MOTION FOR RELIEF UPON GARY C. SHERRER, COUNCIL FOR DEFENDANTS, 335 WEST MAIN STREET DOTHAN, ALABAMA 36301, BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, POSTAGE PAID AND PROPERLY ADDRESSED ON THIS 31st DAY OF MAY 2006

_____
PLAINTIFF
JASON J. McDONNELL

WITNESSED BY Alex Mosley 5/31/06