IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06-CV-347-MEF |
| | ) |
| JAIL COMMANDER McCARTHY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 2, 2006, the plaintiff filed a motion for relief in which he requests that this court enter an order that the "defendants immediately release [him] on an appearance bond . . ." due to the defendants failure to file a written report. *Court Doc. No. 9* at 1-2. The defendants filed their written report on May 30, 2006. Moreover, an order of release from custody is not appropriate in a 42 U.S.C. § 1983 action. Accordingly, it is

ORDERED that the motion for relief be and is hereby DENIED.

DONE, this 5th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE