In The District Court Of The
United States For The
Middle District Of Alabama Southern Division

Jason J. McDonnell,
    Plaintiff,

Vs.

Jail Commander McCarty, et al
    Defendants.

Civil Action No:
1:06-CV-347-MEF

## Motion For Leave To Amend

Comes Now Plaintiff, Jason J. McDonnell, In the above styled case and cause, Respectfully asking the Court to Amend or Grant a Motion for Leave to Amend the Plaintiff's original complaint filed for the above civil action: No. 1:06-CV-347-MEF.

Wherefore, Plaintiff prays the court allow him to Leave To Amend in the Above styled case.

Respectfully Submitted this 13 day of June, 2006.

                                        _Jason J. McDonnell_
                                        Jason J. McDonnell
Witness by: Brian A. Jackson      901 East Main St.
             Brian A. Jackson        Dothan, Al. 36301
             6-11-06

## Certificate of Service

I do hereby certify that I have served a copy of the foregoing to Gary C. Sherrer, 335 W. Main St., Dothan, Al. 36301 on 13 day of June, 2006.