IN THE
TWENTIETH JUDICIAL CIRCUIT
HOUSTON COUNTY
ALABAMA
ADMINISTRATIVE ORDER

RE: 72 HOUR HEARINGS

The following categories of inmates need to have a 72 hour hearing before a judge or magistrate:
(1) Inmates with new charges
(2) Inmates charged with probation violation
(3) Inmates arrested on a writ of indictment

It is not necessary to hold 72 hour hearings for inmates in custody for failure to appear in court as these prisoners have already been to court and formally advised of their charge(s) and rights. This includes, but is not limited to, child support f.t.a. and show cause f.t.a. (non-payment of fines/costs).

DONE and ORDERED this 14 day of March, 2006.

C. LAWSON LITTLE
PRESIDING CIRCUIT JUDGE

Filed March 14, 2006
Judy Byrd

**EXHIBIT A**