ACR350                ALABAMA JUDICIAL DATA CENTER
              CIRCUIT COURT OF    HOUSTON COUNTY                    **124269**
         ALIAS WARRANT                            CC 2004 001880.00
                       JID: DENNY L. HOLLOWAY

         THE STATE OF ALABAMA         VS MCDONNELL JASON JOSEPH

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: LEAVING SCENE ACC W/INJU - FELONY

WITNESS MY HAND THIS      MARCH 14, 2006.

BOND SET AT:       $5,000.00 -
                                              *Judy Byrd*
                                              JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:             DEFENDANT'S DESCRIPTION:
146 VINE LANE                    HT: 602    WT: 220
HARTFORD       , AL 36344 0000   HAIR: BRO   EYE: HZL
                                 BIRTH DATE: 11/27/1976
                                 RACE: W     SEX: M
                                 SID#: 000000000
                                 SSN#: 085060910
   ALIAS:
   EMPLOYER: _____        PHONE NO: _____
   TICKET NUMBER: 38-04-0158     AGENCY/OFFICER: AST3800/J BARNWE
NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____
EXECUTED ON _____      BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                              OFFICER
*Lamar Glover*                       *A. Lowell*

                                                    **NCIC**

OPERATOR: ROJ
PREPARED: 03/14/2006
                    This warrant may be executed in
                    Dale County, Alabama
                    Date: 3-23-06
                    *Mary Bludsworth*           exhibit B
                    Circuit Clerk/Magistrate

*(handwritten left margin: McDonnell Jason J.)*