## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

### IDENTIFICATION

- **1 ORI #:** 038000
- **2 AGENCY NAME:** Houston County Sheriff
- **3 CASE #:** 06082021
- **4 SFX:**
- **5 LAST, FIRST, MIDDLE NAME:** McDonnell, Jason, Joseph
- **6 ALIAS AKA:**
- **7 SEX:** ☒ M ☐ F
- **8 RACE:** ☒ W
- **9 HGT.:** 6 2
- **10 WGT.:** 220
- **11 EYE:** HZL
- **12 HAIR:** BRO
- **13 SKIN:**
- **14:** ☐ SCARS ☐ MARKS ☒ TATOOS 5 ☐ AMPUTATIONS
- **15 PLACE OF BIRTH:** Bronx, NY
- **16 SSN:** 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
- **17 DATE OF BIRTH:** 11/27/76
- **18 AGE:** 29
- **19 MISCELLANEOUS ID #:** 56297
- **20 SID #:**
- **21 FINGERPRINT CLASS:**
- **22 DL #:**
- **23 ST:**
- **24 FBI #:**
- **25 IDENTIFICATION COMMENTS:**
- **26:** ☒ NON-RESIDENT
- **27 HOME ADDRESS:** 318 Porter Andrews Rd Ozark, AL
- **28 RESIDENCE PHONE:** ( ) 477-2391
- **29 OCCUPATION:** Framer
- **30 EMPLOYER:** Danny Brady Const.
- **31 BUSINESS ADDRESS:**
- **32 BUSINESS PHONE:** ( )

### ARREST

- **33 LOCATION OF ARREST:** Dale Co Jail
- **34 SECTOR #:** 20 N 001
- **35 ARRESTED FOR YOUR JURISDICTION?** ☐ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY
- **36 CONDITION OF ARRESTEE:** ☒ SOBER
- **37 RESIST ARREST?** ☒ NO
- **38 INJURIES?** ☒ NONE
- **39 ARMED?** ☒ N
- **40 DESCRIPTION OF WEAPON:**
- **41 DATE OF ARREST:** 03/23/06
- **42 TIME OF ARREST:** 11:25 ☒ AM
- **43 DAY OF ARREST:** TH
- **44 TYPE ARREST:** ☐ ON VIEW ☐ CALL ☒ WARRANT
- **45 ARRESTED BEFORE?** ☐ YES ☒ NO ☐ UNKNOWN
- **46 CHARGE-1:** ☒ FEL — FTA - Leaving Scene Acc w/ Inj
- **47 UCR CODE:**
- **48 CHARGE-2:** ☒ FEL — FTA - Fail File Accident Rep
- **49 UCR CODE:**
- **50 STATE CODE/LOCAL ORDINANCE:**
- **51 WARRANT #:** 2004 001880.00
- **52 DATE ISSUED:** 03/14/06
- **53 STATE CODE/LOCAL ORDINANCE:**
- **54 WARRANT #:** 2004 001881
- **55 DATE ISSUED:** 03/14/06
- **66 ARREST DISPOSITION:** ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER

### RELEASE

- **101 REMARKS:** Bond 5,000 × 2 = 10,000
- **102 SIGNATURE OF RECEIVING OFFICER:** [signature]

### ARRESTING OFFICER

- **111 ARRESTING OFFICER:** Nowell, A
- **112 ID #:** 3880

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90