```
ACR350                ALABAMA JUDICIAL DATA CENTER
                       CIRCUIT COURT OF    HOUSTON COUNTY
         ALIAS WARRANT                                    CC 2004 001881.00
                  JID: DENNY L. HOLLOWAY
```

THE STATE OF ALABAMA           VS MCDONNELL JASON JOSEPH

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: FAIL FILE ACCIDENT REP   - FELONY

WITNESS MY HAND THIS       MARCH 14, 2006.

BOND SET AT:      $5,000.00 -

                                              ~~JUDGE~~/CLERK/~~MAGISTRATE~~

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
146 VINE LANE                     HT: 602   WT: 220
                                  HAIR: BRO   EYE: HZL
HARTFORD        , AL 36344 0000   BIRTH DATE: 11/27/1976
                                  RACE: W       SEX: M
                                  SID#: 000000000
                                  SSN#: 085060910

ALIAS:
EMPLOYER: _____        PHONE NO: _____
  TICKET NUMBER: 38-04-0158      AGENCY/OFFICER: AST3800/J BARNWE
NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____
EXECUTED ON   3/23/06          BY: _____
( ) DEFENDANT ARRESTED, RELEASED ON BOND
(R) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                           OFFICER

OPERATOR:ROJ
PREPARED:03/14/2006

exhibit D