In The District Court Of The United States
For The Middle District Of Alabama
Southern Division

Jason J. McDonnell,
  Plaintiff,

Vs.

Jail Commander McCarty,
  et al.;
  Defendants.

Civil Action No.
1:06-CV-347-MEF

## Motion For Extension Of Time
### (For Response To Special Report And Answer)

Comes Now Plaintiff, Jason J. McDonnell, Said Plaintiff in the above styled case and cause, Respectfully requesting the court to grant a time extention to the Plaintiff for his response to the Defendants, Special Report And Answer.

Plaintiff, needs more time to allow a response from the, Clerk of Court, of Houston Co., and other sources that said Plaintiff requested copies of evidentuary material from.

Respectfully Submitted this 13th day of June, 2006

Jason J. McDonnell
901 East Main St.
Dothan, Al. 36301

Witnessed by: Brian A. Jackson
Brian A. Jackson
6-11-06

### Certificate Of Service

I do hereby certify that I have served a copy of the foregoing to Gary C. Sherrer, 335 W. Main St., Dothan, Al. 36301, on this 13th day of June, 2006.

Jason J. McDonnell