In The District Court Of The United States
For The Middle District Of Alabama
Southern Division

Jason J. McDonnell,
   Plaintiff,

Vs.

Jail Commander McCarty,
   et al.,
   Defendants.

Civil Action No.
1:06-CV-347-MEF

## Motion For Appointment Of Counsel

Come Now Plaintiff, Jason J. McDonnell, said Plaintiff in the above style case and cause, Respectfully requesting this Honorable Court to appoint the Plaintiff "Legal counsel", in said civil action, based on the following grounds:

1). Plaintiff is unable to afford legal counsel on his own and has filed "In Forma Pauperis" in said suite which has been granted by the court.

2). To allow the Plaintiff a fair chance to fight for his rights, Plaintiff is not a lawyer and it is the Plaintiff's right to be represented by counsel if Plaintiff cannot afford some.

3). Defendant's have already obtained legal councel in the above said action giving, Defendants, upper-hand in such said civil action.

Respectfully Submitted this 13 day of June, 2006.

Jason McDonnell
Jason J. McDonnell
901 East Main St.
Dothan, Al. 36301

Witnessed by: Brian A. Jackson
Brian A. Jackson (I) 6-11-06

## Certificate Of Service

I do hereby certify that I have served a copy of the foregoing by U.S. mail, to Gary C. Sherrer, 335 W. Main St., Dothan, Al. 36301 on this 13 day of June, 2006

*Jason McDonnell*
Jason J. McDonnell