IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06-CV-347-MEF |
| | ) |
| JAIL COMMANDER McCARTHY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 13, 2006, the plaintiff filed a motion to amend in which asserts additional facts in support of his claims for relief.  Upon consideration of the motion to amend, and for good cause, it is

ORDERED that:

1.  This motion be and is hereby GRANTED.

2.  The defendants shall file a supplemental written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended.  This report shall be filed with the court and a copy served upon the plaintiff on or before July 12, 2006. Authorization is hereby granted to interview all witnesses, including the plaintiff.  <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written</u>

report shall include copies of all such applicable administrative rules, regulations or guidelines.

3. On or before July 12, 2006 an answer shall be filed by the defendants.

4. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff, and a copy of this order and amendment to the complaint to the defendants and counsel for the defendants.

DONE, this 15th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE