McDonnell Jason J.

ACR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF   HOUSTON COUNTY

**124269**

ALIAS WARRANT     JID: DENNY L. HOLLOWAY     CC 2004 001880.00

THE STATE OF ALABAMA     VS MCDONNELL JASON JOSEPH

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: LEAVING SCENE ACC W/INJU - FELONY

WITNESS MY HAND THIS     MARCH 14, 2006.

BOND SET AT:     $5,000.00 -

JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:

146 VINE LANE
HARTFORD     , AL 36344 0000

DEFENDANT'S DESCRIPTION:

HT: 602     WT: 220
HAIR: BRO     EYE: HZL
BIRTH DATE: 11/27/1976
RACE: W     SEX: M
SID#: 000000000
SSN#: 085060910

ALIAS:

EMPLOYER: _____     PHONE NO: _____

TICKET NUMBER: 38-04-0158     AGENCY/OFFICER: AST3800/J BARNWE

NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _____     BY: _____

(X) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF     OFFICER

NCIC

OPERATOR:ROJ
PREPARED:03/14/2006

This warrant may be executed in
Dale County, Alabama

Date: 3-23-06

Circuit Clerk/Magistrate

exhibit B