```
ACR350                ALABAMA JUDICIAL DATA CENTER
                       CIRCUIT  COURT OF   HOUSTON COUNTY
            ALIAS WARRANT                                    CC 2004 001881.00
                      JID: DENNY L. HOLLOWAY
```

THE  STATE OF ALABAMA           VS MCDONNELL JASON JOSEPH

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MCDONNELL JASON JOSEPH
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: FAIL FILE ACCIDENT REP   - FELONY

WITNESS MY HAND THIS     MARCH 14, 2006.

BOND SET AT:        $5,000.00 -

                                          *Judy Byrd* (signature)
                                          ~~JUDGE~~/CLERK/~~MAGISTRATE~~

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
146 VINE LANE                     HT: 602   WT: 220
                                  HAIR: BRO   EYE: HZL
HARTFORD         , AL 36344 0000  BIRTH DATE: 11/27/1976
                                  RACE: W       SEX: M
                                  SID#: 000000000
                                  SSN#: 085060910

ALIAS:

EMPLOYER: _____    PHONE NO: _____

    TICKET NUMBER: 38-04-0158       AGENCY/OFFICER: AST3800/J BARNWE

NOTE: DEFENDANT FTA FOR CRIMINAL JURY TRIAL.

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____
EXECUTED ON  3/23/06                BY: _____

( R ) DEFENDANT ARRESTED, RELEASED ON BOND
( R ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
(   ) DEFENDANT ARRESTED, NOT BOOKED
(   ) NOT FOUND
(   ) OTHER _____

(   ) DEFENDANT ARRESTED BY SURETY
SHERIFF                             OFFICER
*Lamar Glover* (signature)          *A. Howell* (signature)

OPERATOR:ROJ
PREPARED:03/14/2006

exhibit D