IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-347-MEF |
| | ) |
| JAIL COMMANDER McCARTHY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on June 13, 2006 (Court Doc. No. 12), in which the plaintiff seeks an extension to file his response to the defendants' written report, and as the court has granted the plaintiff leave to amend, necessitating an additional report from the defendants, it is

ORDERED that the motion for extension of time be and is hereby DENIED. The plaintiff is advised that upon receipt of all requisite reports from the defendants he will be allowed an opportunity to file a response to such reports.

DONE, this 15th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE