**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gary Clayborn Sherrer
   Sherrer Jones & Terry PC
   335 West Main Street
   Dothan, AL 36301

   1:06 CV 347-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Angela Ricks     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name): Angela Ricks
C. Date of Delivery: 6/19/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3465 0474

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540