In the District Court of the United States for the Middle District of Alabama Southern Division

RECEIVED
2006 JUL 18 A 9:40

Jason J. McDonnell,
  Plaintiff
V.
Jail comm. McCarty et al.,
  Defendants

Civil action number:
1:06-CV-347-MEF

Motion for order to Show cause why Defendants Should not be held in Contempt.

Plaintiff Shows unto the Court as follows:

1. On June 15th, 2006, this Court ordered Defendants to answer Plaintiff's amended complaint by July 12th, 2006.

2. Defendants have failed to comply with said order in that they have not answer And Continue to refuse to answer.

Wherefore, Plaintiff moves for an order requiring defendants to Show cause why they Should not be held in contempt of Court for their failure to obey the Order of the Court of June 15th, 2006.

Dated this 15th day of July, 2006.

Respectfully Submitted
Jason McDonnell
Jason J. McDonnell

(1)

## Certificate of Service

I, Jason J. McDonnell, hereby certify that I have served a copy of the foregoing Motion for Order to show cause why defendants should not be held in contempt, upon Gary C. Sherrer, Counsel for defendants, 335 W. Main St. Dothan, Alabama 36301, By Placing a copy of the same in the U.S. Mail, Postage paid and properly addressed on this 15th day of July 2006;

*Jason McDonnell*
Plaintiff
Jason J. McDonnell
#56297 D pod
901 E. Main St.
Dothan Al, 36301

(2)