# STRICKEN FROM RECORD AND RETURNED TO PLAINTIFF PURSUANT TO ORDER ENTERED ON 7/21/2006