In the district Court of the United States for the Middle District of Alabama Southern Division

Jason J. McDonnell
  Plaintiff
V.
Jail comm. McCarty et al,
  Defendants

Civil action number
1:06-CV-347-MEF

RECEIVED
2006 JUL 18 A 9:40

## Motion for appointment of Counsel

Comes now Jason J. McDonnell, the Plaintiff in the above said action, who prays that the Court will consider this motion and appoint him counsel in this matter on the grounds of:

1. Rules of Alabama Supreme Court, rule 32.7(c) "Appointment of counsel"; Alabama Rules of Civil Procedure 6.1(a) "right to counsel".

2. Rule 32.7(c) The Court shall appoint counsel when and if Plaintiff is indigent, unable to obtain counsel, desires the assistance of counsel, and Plaintiff asserts that counsel is necessary to assert or protect the rights of Plaintiff.

3. Plaintiff hereby asserts that counsel is necessary to secure simplicity in procedure, fairness in litigation, the elimination of unnecessary delay and expense, and to assert and protect the rights of Plaintiff. Dated this 15th day of July 2006.

#56297 D-pod
901 E Main St.
Dothan AL, 36301     (1)

Respectfully Submitted,
Jason McDonnell
Jason J. McDonnell

## Certificate of Service

I, Jason J. McDonnell, hereby certify that I have served a copy of the foregoing motion for appointment of counsel upon Gary C. Sherrer, counsel for defendants, 335 W. Main St. Dothan, Alabama 36301, By placing a copy of the same in the U.S. Mail, postage paid and properly addressed on this 15th day of July 2006.

/s/ Jan McDonnell
Plaintiff
Jason J. McDonnell
#56297 D-pod
901 E. Main St.
Dothan AL, 36301

(2)