IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-347-MEF ) |
| JAIL COMMANDER McCARTHY, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order to show cause filed by the plaintiff on July 18, 2006 (Court Doc. No. 22), and in light of the supplemental answer filed by the defendants on July 12, 2006 (Court Doc. No. 20), it is

ORDERED that this motion be and is hereby DENIED.

Done, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE