IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-347-MEF |
| | ) |
| JAIL COMMANDER McCARTHY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

The plaintiff filed a motion for appointment of counsel on July 18, 2006 (Court Doc. No. 24). The court notes that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

DONE, this 20th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE