IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-347-MEF |
| | ) |
| JAIL COMMANDER McCARTHY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On July 18, 2006, the plaintiff filed a motion for relief in which he requests that "the court . . . order the defendants to grant the plaintiff immediate relief" as sought in his complaint. *Court Doc. No. 23* at 1. The court therefore construes this document as a motion for judgment on the pleadings. However, this motion is not properly before the court as the plaintiff submitted the motion without requisite permission of the court. *See Order of April 19, 2006 - Court Doc. No. 4* at 2 ("No . . . dispositive motions . . . [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id.* Accordingly, it is

ORDERED that the motion for judgment on the pleadings filed by the plaintiff on

July 18, 2006 (Court Doc. No. 23) be stricken from the file and returned to the plaintiff for non-compliance with the orders of this court.

DONE, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE