IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. McDONNELL,              ) | |
|                                                        ) | |
|         Plaintiff,                            ) | |
|                                                        ) | |
| v.                                                 ) | CIVIL ACTION NO. 1:06-CV-347-MEF |
|                                                        ) | [WO] |
|                                                        ) | |
| JAIL COMMANDER McCARTHY, et al., ) | |
|                                                        ) | |
|         Defendants.                       ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Jason J. McDonnell ["McDonnell"], a county inmate, filed this 42 U.S.C. § 1983 action on April 17, 2006. In this complaint, McDonnell challenges the due process provided to him after his arrest on warrants issued for his failure to appear on two criminal charges. The court recently ascertained that McDonnell no longer resides at the last address he provided for service. The order of procedure entered in this case specifically directed McDonnell to inform the court immediately of any change in his address. *Order of April 19, 2006 - Court Document No. 4* at 4. As is clear from the foregoing, McDonnell has failed to comply with this directive and this case cannot properly proceed in his absence. The court therefore concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court. It is further

ORDERED that on or before February 17, 2009 the parties may file objections to

the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 4th day of February, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE